IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO CONSTRUCTION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY & DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. / | No. C-14-4044 MMC <br><br> **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |

On September 23, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, and exhibits thereto, filed September 5, 2014.

**IT IS SO ORDERED.**

Dated: September 30, 2014

MAXINE M. CHESNEY
United States District Judge