IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO CONSTRUCTION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY & DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | No. C-14-4044 MMC <br><br> **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF MOTION TO DISMISS** |

On September 23, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of its Motion to Dismiss and its Request for Judicial Notice, each filed September 9, 2014.

**IT IS SO ORDERED.**

Dated: October 3, 2014

_____
MAXINE M. CHESNEY
United States District Judge