IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENDOCINO CONSTRUCTION SERVICES, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY & DEPOSIT COMPANY OF MARYLAND,<br><br>　　　　　Defendant.<br>_____/ | No. C-14-4044 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　　Before the Court is defendant's motion to dismiss, filed September 9, 2014 and noticed for hearing on October 24, 2014.  Also before the Court is plaintiff's motion for leave to amend and to remand, filed September 30, 2014 and noticed for hearing on November 7, 2014.

　　　In the interests of judicial economy, the Court hereby CONTINUES the hearing on defendant's motion to dismiss to November 7, 2014.

　　　**IT IS SO ORDERED.**

Dated:  October 9, 2014

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge